**SAO**
Alex J. De Castroverde
Nevada Bar No. 6950
Orlando De Castroverde
Nevada Bar No. 7320
DE CASTROVERDE LAW GROUP
1149 S. Maryland Parkway
Las Vegas, Nevada 89104
Phone: (702) 383-0606
Facsimile: (702) 383-8741
Email: Kimberly@dlgteam.com
Email: Millie@dlgteam.com
*Attorney for Plaintiff Teresa De Jesus Santoyo Rodriguez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TERESA DE JESUS SANTOYO RODRIGUEZ,<br><br>  Plaintiff,<br><br>v.<br><br>OUMID LINA AKBAR; THE TJX COMPANIES, INC; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants, | CASE NO.:   2:23-cv-1520<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[FIRST REQUEST]** |

   Plaintiff, TERESA DE JESUS SANTOYO RODRIGUEZ, and Defendants, OUMID LINA AKBAR and THE TJX COMPANIES, INC, hereby stipulate to extend all outstanding discovery deadlines set forth in the Stipulated Discovery Plan and Scheduling Order and state as follows:

   a.   This is the first extension sought of the deadlines stated in the Discovery Plan and Scheduling Order.

Page **1** of **5**

**I.**

**Statement of Discovery Completed**

1. Plaintiff's Early Case Conference List of Witnesses and Production of Documents Pursuant to N.R.C.P. 16.1 and supplements;

2. Defendants' Early Case Conference List of Witnesses and Production of Documents and supplements;

3. Plaintiff's Answers to Defendants' First Set of Request for Admissions.

4. Plaintiff's Answers to Defendants' First Set of Request for Production of Documents.

5. Plaintiff's Answers to Defendants' First Set of Interrogatories.

6. Defendants' Answers to Plaintiff's Request for Admissions.

7. Defendants' Responses to Plaintiff's Request for Production of Documents.

8. Defendants' Answers to Plaintiff's Interrogatories.

9. Deposition of Defendant on April 12, 2024.

10. Deposition of Plaintiff on March 24, 2024.

**II.**

**Discovery to Be Completed**

1. Expert Disclosures.

2. Rebuttal Expert Disclosures.

3. Depositions of Plaintiff's Experts.

4. Depositions of Defendants' Experts.

### III.

### Why Discovery Cannot be Completed in the
### Time Provided by the Scheduling Order

Plaintiff has requested prior MRI films to be obtained for the purpose of comparison. The requested films have not yet been received; therefore, an extension is necessary so that the films can be obtained.

### PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

a. A Proposed Joint Pre-Trial Order on this case is Due by October 4, 2024.

b. The parties, therefore, propose the following extension of the Scheduling Order deadlines, calculated as follows:

1. The August 2, 2024 discovery cut off will be extended to October 2, 2024;

2. The May 6, 2024 deadline for filing motions to amend pleadings will be extended to July 8, 2024;

3. The May 6, 2024 deadline for initial expert disclosures will be extended to July 8, 2024;

4. The June 4, 2024 deadline for rebuttal expert disclosures will be extended to August 5, 2024;

5. The September 3, 2024 deadline for filing of dispositive motions will be extended to November 4, 2024;

1  For the foregoing reason, by this stipulation, the parties mutually request this Court
2  grant the forgoing extension of the Scheduling Order deadlines.

Dated this 30th day of April, 2024.                Dated this 30th day of April, 2024.

**DE CASTROVERDE LAW GROUP**              **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:*/s/Millie Mummery*                             By:*/s/Brandon Verde*
Kimberly Valentin                                  Brandon C. Verde, Esq.,
Nevada Bar No. 12509                               Bar No.: 14638
Millie Mummery                                     6689 Las Vegas Boulevard South,
Nevada Bar No. 16594                               Ste. 200
1149 S. Maryland Parkway                           Las Vegas, NV 89119
Las Vegas, Nevada 89104                            *Attorney for Defendants Oumid Lina*
*Attorney for Plaintiff Teresa De Jesus*           *Akbar & The TJX Companies, Inc.*
*Santoyo*

Santoyo Rodriguez v. Akbar et al.
2:23-cv-1520

## ORDER

Upon consideration of the above Stipulation, the discovery deadlines shall be extended as follows:

| | | |
|---|---|---|
| 1. | Discovery cut off | October 2, 2024; |
| 2. | Filing motions to amend pleadings | July 8, 2024; |
| 3. | Initial expert disclosures | July 8, 2024; |
| 4. | Rebuttal expert disclosures | August 5, 2024; |
| 5. | Filing of dispositive motions | November 4, 2024; |

A separate Amended Scheduling Order will be issued; the Proposed Joint Pre-Trial Order deadline of October 4, 2024, shall be continued.

**IT IS SO ORDERED.**

DATED this 2nd day of May, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Respectfully Submitted by:

**DE CASTROVERDE LAW GROUP**

By: /s/ Millie Mummery
Kimberly Valentin
Nevada Bar No. 12509
Millie Mummery
Nevada Bar No. 16594
1149 South Maryland Parkway
Las Vegas, Nevada 89104
Attorneys for Plaintiff