**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Oumid Lina Akbar & The TJX Companies, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| Teresa De Jesus Santoyo Rodriguez, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Oumid Lina Akbar; The TJX Companies, Inc.; Does I-X, inclusive, and Roe Corporations I-X, inclusive<br><br>Defendants. | Case No.: 2:23-cv-01520-JAD-MDC<br><br>**Defendants' Motion to Remove from Service List** |

Oumid Lina Akbar & The TJX Companies, Inc. request to remove attorney Brandon C. Verde from the CM/ECF electronic service list. He is no longer working this file.

DATED this 20th day of August, 2024.

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: /s/ Michael Lowry
MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
Attorneys for Oumid Lina Akbar & The TJX Companies, Inc.

### ORDER

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 8/21/24

301049368v.1