# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Teresa De Jesus Santoyo Rodriguez,

Plaintiff(s),

vs.

Oumid Lina Akbar, et al.,

Defendant(s).

**2:23-cv-01520-JAD-MDC**

**ORDER DENYING STIPULATION**

    **IT IS ORDERED** that the *Stipulation for Extension of Time* (ECF No. 48) is DENIED WITHOUT PREJUDICE.  The Court denied the parties' prior stipulation (ECF No. 46) because they failed to comply with LR IA 6-2.  It appears the parties simply resubmitted the same stipulation without correction.  LR IA 6-2 provides, in relevant part: "A stipulation or ex parte or unopposed motion must include an "order" in the form of a signature block on which the court or clerk can endorse approval of the relief sought. **This signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation**…." *Id*. (emphasis added).   The parties are kindly directed to review the local rules and may resubmit a corrected stipulation by December 17, 2024.


    DATED this 6th day of December 2024.

    IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge