**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
NICHOLAS F. ADAMS, ESQ.
Nevada Bar No. 14813
E-mail: Nicholas.Adams@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Oumid Lina Akbar; The TJX Companies, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Teresa De Jesus Santoyo Rodriguez, an individual<br><br>Plaintiff,<br><br>vs.<br><br>Oumid Lina Akbar; The TJX Companies, Inc.; Does I-X, inclusive, and Roe Corporations I-X, inclusive<br><br>Defendants. | Case No.: 2:23-cv-01520<br><br>**Stipulation and Order to Dismiss with Prejudice**<br><br>ECF No. 53 |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs.

| | |
|---|---|
| DATED this 2nd day of January 2025<br><br>DE CASTROVERDE LAW GROUP<br><br>BY: */s/ Millie Mummery*<br>MILLIE MUMMERY<br>Nevada Bar No. 16594<br>Attorneys for Plaintiff | DATED this 2nd day of January 2025<br><br>**WILSON ELSER**<br><br>BY: */s/ Nicholas F. Adams*<br>MICHAEL P. LOWRY<br>Nevada Bar No. 10666<br>NICHOLAS F. ADAMS<br>Nevada Bar No. 14813<br>Attorneys for Oumid Lina Akbar; The TJX Companies, Inc. |

## ORDER

Based on the parties' stipulation **[ECF No. 53]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 7, 2025